1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ14-287 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| DANIEL MENDOZA-FLORES, | |
| Defendant. | |

Offense charged:

      Count 1:     Alien in Possession of a Firearm

Date of Detention Hearing: July 9, 2014

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      (1)     An immigration detainer has been placed on defendant by the United States

Immigration and Customs Enforcement.

      (2)     Defendant has stipulated to detention, due to the immigration detainer lodged

against him, but reserves the right to contest his continued detention if there is a change in

circumstances.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the
        Attorney General for confinement in a correction facility separate, to the extent
        practicable, from persons awaiting or serving sentences or being held in custody
        pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with
        counsel;

(3)     On order of a court of the United States or on request of an attorney for the
        government, the person in charge of the corrections facility in which defendant
        is confined shall deliver the defendant to a United States Marshal for the
        purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to
        counsel for the defendant, to the United States Marshal, and to the United States
        Pretrial Services Officer.

DATED this 9th day of July, 2014.

_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2